**SO ORDERED.**

**SIGNED this 15 day of June, 2023.**



_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 23-01274-5-DMW |
| S O D HOLDINGS, LLC | CHAPTER 11 |
| DEBTOR | |

### ORDER DISMISSING CASE WITH PREJUDICE

This matter comes before the court upon the Order to Show Cause entered on May 26, 2023, directing that S O D Holdings, LLC ("Debtor"), by and through its officer, appear and show cause why this case should not be dismissed for the Debtor's failure to comply with Local Bankruptcy Rule 4002-1(c). The court conducted a hearing on June 13, 2023 in Raleigh, North Carolina. J. M. Cook, Esq. appeared for the Debtor, and Parker W. Rumley, Esq. appeared for the United States Bankruptcy Administrator. The Debtor's member-manager, Donnie McQueen, was not present, and Mr. Cook advised the court that he has been unable to contact Mr. McQueen to address deficiencies in the case. The Debtor's failure to comply with the Local Rules of this court and Mr. McQueen's failure to appear at the hearing warrant dismissal of the case with prejudice; now therefore,

It is ORDERED, ADJUDGED, and DECREED as follows:

1. The case be, and hereby is, dismissed: and

2. The Debtor be, and hereby is, barred from filing a petition under any chapter of the United States Bankruptcy Code in any federal district for a period of 180 days from the date of this Order.

END OF DOCUMENT